| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stewart, Carl E. | 2. Court or Organization<br><br>United States Fifth Circuit Court of Appeals | 3. Date of Report<br><br>05/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States Chief Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Fannin Street, Suite 5226<br>Shreveport, Louisiana 71101 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | LSU Health Shreveport Feist-Weiller Cancer Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Texas Joint Inns of Court | 01/12/2016 -- 01/13/2016 | Dallas, Texas | Joint Inns of Court Meeting | Transportation, lodging, and meals |
| 2. | The Drake Bankruptcy American Inn of Court | 01/26/2016 -- 01/27/2016 | Atlanta, Georgia | Meeting Keynote Speaker | Transportation, lodging, and meals |
| 3. | American Inns of Court Foundation | 02/11/2016 -- 02/13/2016 | Alexandria, Virginia | Governance Task Force Meeting | Transportation, lodging |
| 4. | Fifth Circuit Bankruptcy Bench-Bar Association | 02/24/2016 -- 02/26/2016 | New Orleans, Louisiana | Meeting Keynote Speaker | Transportation, lodging, and meals |
| 5. | Delaware Joint Inns of Court | 03/28/2016 -- 03/30/2016 | Wilmington, Delaware | Meeting Keynote Speaker | Transportation, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stewart, Carl E. | 05/06/2017 |

| 6. | American Inns of Court Foundation | 04/14/2016 -- 04/15/2016 | Austin, Texas | Charter Presentation and American Inns of Court Summit | Transportation, lodging, and meals |
|---|---|---|---|---|---|
| 7. | American Inns of Court Foundation | 05/12/2016 -- 05/15/2016 | Alexandria, Virginia | AIC Court Summit and Spring Board of Trustees Meeting | Transporation, lodging, and meals |
| 8. | Ninth Circuit Joint Inns of Court | 06/13/2016 -- 06/16/2016 | Oakland, California | Meeting Keynote Speaker | Transportation, lodging, and meals |
| 9. | Mississippi Bar Association | 07/13/2016 -- 07/16/2016 | Sandestin, Florida | Annual Meeting and Summer School for Lawyers and Judges | Transportation, lodging, and meals |
| 10. | The Judge Wieland and The Judge Williams Joint Inns of Court | 08/22/2016 -- 08/24/2016 | Orlando, Florida | Luncheon Keynote Speaker | Transportation, lodging, and meals |
| 11. | Just the Beginning--A Pipeline Organization | 09/14/2016 -- 09/18/2016 | New York, New York | JTB Meeting | Lodging |
| 12. | American Inns of Court Foundation | 10/01/2016 -- 10/05/2016 | London, England | AIC Fall Visit to Middle Temple and Opening of the Legal Year | Transportation, lodging, and meals |
| 13. | The William K. Thomas American Inn of Court | 10/18/2016 -- 10/20/2016 | Cleveland, Ohio | Meeting Keynote Speaker | Transportation, lodging, and meals |
| 14. | Eastern District of Texas Bench/Bar Association | 10/20/2016 -- 10/21/2016 | Plano, Texas | Conference Panelist | Transportation, lodging, and meals |
| 15. | Baton Rouge Bar Association | 10/26/2016 -- 10/27/2016 | Baton Rouge, Louisiana | Joint Inns Meeting Keynote Speaker | Lodging and meal |
| 16. | American Inns of Court Foundation | 11/03/2016 -- 11/06/2016 | Washington, D.C. | AIC Meeting and Celebration of Excellence | Transportation, lodging, and meals |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/06/2017 |

## VII. INVESTMENTS and TRUSTS  – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA (Post Office Employee Credit Union) | A | Interest | L | T | | | | | |
| 2. IRA (Post Office Employee Credit Union) | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl E. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544